The People of the State of New York, Respondent,
v. James Rega, Appellant.

*Crimes — admitting child under sixteen years of age to pool room.*

People v. *Rega*, 188 App. Div. 881, affirmed.

(Submitted October 7, 1920; decided October 22, 1920.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 4, 1919, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of admitting a child under the age of sixteen years to a pool room in violation of section 484 of the Penal Law.

*Jerome A. Strauss* for appellant.

*Edward Swann, District Attorney (Robert D. Petty* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cardozo, McLaughlin, Crane and Andrews, JJ.